IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVIE STEVENSON,** | Case No. 1:10-cv-01401-AWI-DLB |
| Plaintiff, | **ORDER** |
| v. | |
| **B. KELLUMS, et al.,** | |

Defendant's request to conduct Plaintiff Stevie Stevenson's deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.

Dated:   **December 6, 2011**         /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (1:10-cv-01401-AWI-DLB)