IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE STEVENSON,<br><br>    Plaintiff,<br><br>v.<br><br>B. KELLUMS, et al.,<br><br>    Defendants.<br>_____/ | 1:10-cv-01401-AWI-DLB (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>( DOCUMENT # 24) |

On February 3, 2012, plaintiff filed a motion seeking the appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). *Rand*, 113 F.3d at 1525.

Plaintiff is not proceeding in forma pauperis in this action. The filing fee was paid in full when this action was brought before the Court. Thus, § 1915(e)(1) is inapplicable. Accordingly, it is HEREBY ORDERED that Plaintiff's motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1) is denied.

IT IS SO ORDERED.

 Dated:  **March 27, 2012**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE