# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE STEVENSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. KELLUMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-01401-AWI-DLB PC<br><br>ORDER STAYING ACTION PENDING COMPLETION OF SETTLEMENT CONFERENCE<br><br>ORDER SETTING SETTLEMENT CONFERENCE<br><br>May 16, 2012 at 10:00 a.m. before the Honorable Dennis L. Beck |

　　　Plaintiff Stevie Stevenson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant B. Kellums for retaliation in violation of the First Amendment and excessive force in violation of the Eighth Amendment.

　　　On April 13, 2012, the parties filed a stipulation, agreeing to enter settlement negotiations. Based on the stipulation, the Court will set this matter for a settlement conference. Plaintiff is currently incarcerated at Centinela State Prison in Imperial, California, which is over 400 miles from this Court. Defendant's counsel is located in Sacramento, California, which is over 150 miles from this Court. To save on possibly unnecessary travel expenses, the Court will grant the parties the opportunity to appear remotely, either by telephonic or video conference.

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. This case is set for a settlement conference on **May 16, 2012, at 10:00 a.m.** before United States Magistrate Judge Dennis L. Beck;

2. The parties are directed to provide confidential settlement conference statements to the Honorable Dennis L. Beck no later than **May 9, 2012**;

3. Defendant's counsel will be required to arrange for Plaintiff's participation in the settlement conference. Defendant's counsel is to notify the Court of the method of conference (telephonic or video) within **fourteen (14) days** from the date of service of this order. Defendant's counsel may contact the Court for any logistical concerns regarding arranging a video conference at (559) 499-5670;

4. Defendant's counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on Defendant's behalf shall appear at the settlement conference;

5. Those in attendance must be prepared to discuss the claims, defenses, and damages. The failure of any counsel, party, or authorized person subject to this order to appear may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date; and

6. This action is stayed pending the completion of the settlement conference.

IT IS SO ORDERED.

Dated:   **April 16, 2012**              /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE