# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE STEVENSON,<br><br>  Plaintiff,<br><br>  v.<br><br>B. KELLUMS, et al.,<br><br>  Defendants. | Case No. 1:10-cv-01401-AWI-DLB PC<br><br>**ORDER SETTING DEADLINE FOR FILING OF DISPOSITIONAL DOCUMENTS REGARDING SETTLEMENT**<br><br>Dispositional Document Deadline: December 28, 2012 |

Plaintiff Stevie Stevenson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant B. Kellums for retaliation in violation of the First Amendment and excessive force in violation of the Eighth Amendment.  July 24, 2012, Defendant filed a notice of settlement by the parties, and requests a deadline of December 28, 2012 by which to file dispositional documents, in order for settlement payment to be issued to Plaintiff.  Pursuant to Local Rule 160, the Court finds good cause.  Accordingly, it is HEREBY ORDERED that the parties will file a signed stipulation of dismissal of this action by December 28, 2012.  This action otherwise remains stayed.

IT IS SO ORDERED.

  Dated:  **August 20, 2012**              /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE

1