1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  PHILLIP L. ARTHUR, State Bar No. 238339
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 322-0032
6   Fax: (916) 324-5205
    E-mail: Phillip.Arthur@doj.ca.gov
7  *Attorneys for Defendant Kellums*

8

9               IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        FRESNO DIVISION

12

13  STEVIE STEVENSON,                    1:10-cv-01401-AWI-DLB

14                          Plaintiff,   **STIPULATION FOR VOLUNTARY
                                         DISMISSAL WITH PREJUDICE**
15            v.

16  B. KELLUMS, et al.,

17                          Defendant.

18

19      Stevie Stevenson, plaintiff in this matter, stipulates to dismiss this entire action with

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                    1

1  prejudice. The parties have entered into a settlement agreement. By entering into this stipulation

2  Defendant does not admit to liability or any of the allegations in the complaint.

3

4
   Dated: 7/16/2012                          By: _____
5                                                Stevie Stevenson,
6                                                Plaintiff

7

8  Approved as to form and content:

9  Dated: 9/24/12                             By: _____
10                                               Phillip L. Arthur
                                                 Deputy Attorney General,
11                                               Attorney for Defendant

12
   SA2010302521
13 31456950.doc                              It is so Ordered.  Dated: 1-2-13

14

15                                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Stevie Stevenson v. B. Kellums, et al.**
No.: **1:10-cv-01401-AWI-DLB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **December 28, 2012**, I served the attached:

- **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Stevie Stevenson, K-16324
Centinela State Prison
2302 Brown Road
Imperial, CA 92251
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 28, 2012**, at Sacramento, California.

| D. Jones | Q. Jones |
|---|---|
| Declarant | Signature |

SA2010302521
31595506.doc

3